# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SABRINA FULLER, *o/b/o N.F.F.*                                                                PLAINTIFF

v.                                         3:15-CV-00125-JM

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,                                                               DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of March, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE